SOPHIA S. SMITH, Appellant, *v.* OAKLAND J. STEVENS et al., Respondents.

Argued January 7, 1953; decided January 21, 1953.

**964**

*Maurice Lutwack* and *Peter J. Gerard* for appellant.

*Leon W. Paxon, Jr.,* and *Edward A. Mattioli* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.